UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 14, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIANNA NICOLE PARAMO,

Defendant.

Case No.   2:24-cr-00011-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   BRIANNA NICOLE PARAMO  , Case No.   2:24-cr-00011-KJM  , Charge  18 USC § 3606 , from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

____ Unsecured Appearance Bond $ _____

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

__X__ (Other): ~~thirdparty~~ Release on following condition:
You shall participate in programming at the Sacramento Day Reporting Center for a period of up to 180 days. During this time, you shall attend all programming as directed, until such a time as you are released from the program by the probation officer. You shall observe all rules and regulations of the Day Reporting Center..

Issued at Sacramento, California on January 14, 2025 at  10:38  a.m.

By: _____
Kimberly J. Mueller, US District Judge